UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FRANCISCA MORALEZ,

    Plaintiff,

    v.

CONCORD ALLIANCE, INC., et al.,

    Defendants.

Case No. 17-cv-03015-WHO

**ORDER OF DISMISSAL**

Re: Dkt. No. 14

    Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **with** prejudice. The Clerk shall close the case.

Dated: October 11, 2017

                             WILLIAM H. ORRICK
                             United States District Judge